## United States Court of Appeals
FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of April, two thousand twenty-one.

United States

       Appellee

  v.                                                    18-2811 (L)
                                                         18-2825 (Con)
David Blaszczak, Theodore Huber,               18-2867 (Con)
Robert Olan, & Christopher Worrall,            18-2878 (Con)

       Defendants-Appellants.

The above-captioned case is removed from the calendar for the April 21, 2021 argument date. The Court will invite an *amicus curiae* to brief and argue that *Kelly v. United States*, 140 S.Ct. 1565 (2020) does not invalidate the original panel's holding that the confidential government information at issue here constituted "property," a position not advanced by the parties. A briefing schedule for the *amicus curiae* brief, including an opportunity for the parties to respond, and an argument date will be set after an *amicus* is named.

Because Defendant Christopher Worrall's Emergency Motion to Vacate depends on whether the confidential government information at issue here constituted "property," his motion will be held in abeyance pending the resolution of the appeal.

                                                               For the Court:

                                                               Catherine O'Hagan Wolfe,
                                                               Clerk of Court